UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re | Bk. No. 11-13664-JMD |
| | Chapter 11 |
| EZENIA! INC. | |
| | Hearing Date: November 22, 2011 |
| **Debtor.** | Hearing Time: 10:00 a.m. |
| | Objection Deadline: November 15, 2011 |

## NOTICE OF HEARING

Please be advised that a hearing on the **Motion of Debtor-In-Possession for Order Authorizing Debtor to Reject Certain Commercial Leases** and **Motion of Debtor-In-Possession for Order Authorizing Debtor to Reject a Certain Executory Contract** has been scheduled for **November 22, 2011 at 10:00 a.m. at the United States Bankruptcy Court for the District of New Hampshire, 1000 Elm Street, 11ᵗʰ Floor, Courtroom 2, Manchester, New Hampshire 03101**. Objections, if any, must be filed at least seven (7) days before the hearing, on or before November 15, 2011.

Respectfully submitted,

EZENIA! INC.,

By its Proposed Attorneys

**NIXON PEABODY LLP**

Dated: October 6, 2011

By: _/s/ Daniel W. Sklar_

**Daniel W. Sklar, Esquire, BNH #01443**
**Holly J. Kilibarda, Esquire, BNH #06912**
**Christopher M. Desiderio (PHV)**
**900 Elm Street**
**Manchester, N.H. 03101**
**(Tel) (603)628-4000**
**(Fax) (603) 628-4040**
dsklar@nixonpeabody.com
hkilibarda@nixonpeabody.com
cdesiderio@nixonpeabody.com

## CERTIFICATE OF SERVICE

I, Daniel W. Sklar hereby certify that a copy of the foregoing *Motion of Debtor-in-Possession for Order Authorizing Debtor to Reject a Certain Executory Contract* and *Motion of Debtor-in-Possession for Order Authorizing Debtor to Reject Certain Commercial Leases*, was served via this Court's electronic filing system and U.S. First Class Mail to:

(1) the United States Trustee;

(2) the non-insider holders of the twenty largest unsecured claims against the Debtor, or, if

applicable, the lawyers representing such holders; and

(3) the counterparty to each respective Agreement and additional notice parties as required

thereunder.

Dated: October 6, 2011            */s/ Daniel W. Sklar*
                                       Daniel W. Sklar, Esquire