UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re: Ezenia! Inc.

Case No. 11-13664-JMD
Reporting Period: Apr-15

MONTHLY OPERATING REPORT
Complete and submit to the United States Trustee within 15 days after end of month

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Monthly Reporting Questionnaire | MOR-1 | X | |
| Schedule of Cash Receipts and Disbursements | MOR-2 | X | |
| Copies of Debtor's Bank Reconciliations | n/a | X | |
| Copies of Debtor's Bank Statements | n/a | X | |
| Copies of Cash Disbursements Journals | n/a | | |
| Statement of Operations | MOR-3 | X | |
| Balance Sheet | MOR-4 | X | |
| Schedule of Post-Petition Liabilities | MOR-5 | X | |
| Copies of IRS Form 6123 or payment receipt | n/a | X | |
| Copies of tax returns filed during reporting period | n/a | | |
| Detailed listing of aged accounts payables | n/a | X | |
| Accounts Receivable Reconciliation and Aging | MOR-6 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and all attachments are true and correct to the best of my knowledge and belief.

_____   _____
Signature of Debtor               Date

_____   _____
Signature of Joint Debtor         Date

_____   Date 5/29/15
Signature of Authorized Individual*
Larry Snyder, President

*Authorized individual must be an officer, director or shareholder if the debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

COVER PAGE
9/04

Ezenia! Inc.  Case No. 11-13664-JMD

Debtor  Reporting Period Apr-15

## MONTHLY REPORTING QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor-in-possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? If yes, attach listing including date of payment, amount of payment, and name of payee. | | X |
| 4. Have any payments been made to professionals? If yes, attach listing including date of payment, amount of payment, and name of payee. | | X |
| 5. If the answer to question 3 and/or 4 is yes, were all such payments approved by the Court? | X | |
| 6. Have any payments been made to officers, insiders, shareholders, or relatives? If yes, attach listing including date of payment, amount and reason for payment, and name of payee. | X | |
| 7. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 8. Is the estate current on the payment of post-petition taxes? | X | |
| 9. Is the estate insured for the replacement cost of assets and for general liability? If no, provide an explanation below. | X | |
| 10. Is workers' compensation insurance in effect? | X | |
| 11. Have all current insurance payments been made? Attach copies of all new and renewed insurance policies. | X | |
| 12. Are a plan and disclosure statement on file? | X | |
| 13. Was there any post-petition borrowing during this reporting period? | | X |

Question 4.
In April 2015 there were no payments for professional fees:

Question 6.
During the month of April 2015, we paid Larry Snyder $11,174.12 in salaries, payroll taxes and benefits. The total amount of this month's travel expense reimbursement was $8,385.55. $5668.89 was paid on behalf of Larry Snyder, $2,716.66 was paid on behalf of Ezenia employees for the primary purpose of pursuing new business opportunities.

During the month of April 2015, $4,000 was paid in director's fees, $1,000 per director.

MOR-1
9/04

| Ezenia! Inc. | | | Case No. | | 11-13664-JMD |
|---|---|---|---|---|---|
| Debtor | | | Reporting Period | | Apr-15 |

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.
A bank reconciliation must be attached for each account.

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | Operational | Money Market | Petty Cash | | Total |
| CASH BEGINNING OF MONTH | 70,755.99 | 602,933.95 | 26.00 | - | 673,689.94 |
| **RECEIPTS** | | | | | |
| CASH SALES | | | | | |
| ACCOUNTS RECEIVABLE | - | | | | - |
| LOANS AND ADVANCES | | | | | |
| SALE OF ASSETS | | | | | - |
| OTHER | 14.20 | 68.54 | | | 82.74 |
| TRANSFERS (FROM DIP ACCTS) | 90,000.00 | - | | | 90,000.00 |
| **TOTAL RECEIPTS** | 90,014.20 | 68.54 | - | - | 90,082.74 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | 31,915.29 | | | | 31,915.29 |
| PAYROLL TAXES | 2,970.96 | | | | 2,970.96 |
| SALES, USE & OTHER TAXES | | | | | - |
| INVENTORY PURCHASES | | | | | - |
| SECURED/RENTAL/LEASES | | | | | - |
| INSURANCE | - | | | | - |
| ADMINISTRATIVE | | | | | - |
| SELLING | | | | | - |
| OTHER (ATTACH LIST) | 27,098.87 | - | | | 27,098.87 |
| | | | | | - |
| OWNER DRAW * | | | | | - |
| TRANSFERS (TO DIP ACCTS) | - | 90,000.00 | | | 90,000.00 |
| | | | | | - |
| PROFESSIONAL FEES | - | | | | - |
| U.S. TRUSTEE QUARTERLY FEES | 4,875.00 | | | | 4,875.00 |
| COURT COSTS | | | | | - |
| **TOTAL DISBURSEMENTS** | 66,860.12 | 90,000.00 | | | 156,860.12 |
| NET CASH FLOW | 23,154.08 | (89,931.46) | - | - | (66,777.38) |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | |
| **CASH - END OF MONTH** | 93,910.07 | 513,002.49 | 26.00 | - | 606,938.56 |

*COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: | |
|---|---|
| **TOTAL DISBURSEMENTS** | 156,860.12 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | (90,000.00) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 66,860.12 |

| Ezenia! Inc. | Case No. | 11-13664-JMD |
|---|---|---|
| Debtor | Reporting Period | Apr-15 |

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 33,105 | 5,321,915 |
| Less: Returns and Allowances | | |
| Net Revenue | 33,105 | 5,321,915 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | 10,175 | 1,297,252 |
| Less: Ending Inventory | | |
| Cost of Goods Sold | 10,175 | 1,297,252 |
| Gross Profit | 22,929 | 4,024,663 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | 3,763 | 51,890 |
| Insider Compensation* | 14,000 | 645,500 |
| Insurance | 2,243 | 182,950 |
| Management Fees/Bonuses | | |
| Office Expense | | 1,790 |
| Pension & Profit-Sharing Plans | | 6,814 |
| Repairs and Maintenance | | 7,065 |
| Rent and Lease Expense | 2,661 | 93,833 |
| Salaries/Commissions/Fees | 17,754 | 637,113 |
| Supplies | 223 | 2,103 |
| Taxes - Payroll | 2,971 | 111,964 |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | 8,386 | 193,402 |
| Utilities | 231 | 21,091 |
| Other (attach schedule) | 29,944 | 2,614,389 |
| Total Operating Expenses Before Depreciation | 82,176 | 4,569,906 |
| Depreciation/Depletion/Amortization | 58 | 105,263 |
| Net Profit(Loss) Before Other Income & Expenses | (59,305) | (650,505) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | (49) | 4,199 |
| Interest Expense | - | 614 |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | (59,354) | (646,920) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U.S. Trustee Quarterly Fees | - | 36,400 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | 7 |
| Gain(Loss) from Sale of Equipment | | 3,908 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | - | 32,485 |
| Income Taxes | | |
| Net Profit(Loss) | (59,354) | (679,406) |

\* "Insider" is defined in 11 U.S.C. Section 101(31).                                   MOR-3

Insider Compensation* includes $4,000 in director fees and $10,000 in salary for Larry Snyder in April 2015.

| Ezenia! Inc. | Case No. | 11-13664-JMD | |
|---|---|---|---|
| Debtor | Reporting Period | | Apr-15 |

### STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---:|---:|
| **Other Costs** | | |
| Software License Cost | 8,604 | 1,033,472 |
| External Hosting Cost | - | 19,846 |
| Customer Support Labor & Overhead | 1,571 | 112,872 |
| Customer Support Direct Cost | - | 8,460 |
| Total Other Costs | 10,175 | 1,201,648 |
| **Other Operational Expenses** | | |
| Facilities Expense | | 6,328 |
| Professional Fees | 25,500 | 1,915,577 |
| Temporary Personnel | 1,170 | 164,532 |
| Stock option Compensation Expense | - | 5,480 |
| MIS, Hosting & Internet Expense | 322 | 39,521 |
| License Fee | - | 17,010 |
| Telephone Expense | 336 | 25,991 |
| Transfer Agent Fees | 2,508 | 13,989 |
| Press Release & Financial Printing | - | (17,064) |
| Moving Expenses | - | 19,488 |
| Postage/Shipping Expense | 18 | 3,075 |
| Miscellaneous Taxes | - | 13,250 |
| Late Filing Penalties & Fees | | 60 |
| Conference | | 100 |
| Miscellaneous Expenses | 6 | 103 |
| Filing Fees | | 285 |
| Bank Fees | 85 | 7,382 |
| Consultants (R&D) | - | 188,900 |
| Total Operational Expenses | 29,944 | 2,431,302 |
| **Other Income** | | |
| Interest Income | (49) | 3,391 |
| Total Other Income | (49) | 3,391 |
| **Other Expenses** | | |
| | | |
| **Other Reorganization Expenses** | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

MOR-3
9/04

Ezenia! Inc.  
Debtor

Case No. 11-13664-JMD  
Reporting Period Apr-15  
**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 606,939 | (9,191) |
| Restricted Cash and Cash Equivalents | | 170,155 |
| Accounts Receivable | - | 184,051 |
| Due from Employee | 15,051 | 13,294 |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses (see attached schedule) | | |
| Professional Retainers | | 35,000 |
| Other Current Assets (attach schedule) | 148,409 | 768,695 |
| TOTAL CURRENT ASSETS | 770,398 | 1,162,004 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | 112,604 | 219,815 |
| Furniture, Fixtures and Office Equipment | | 18,405 |
| Leasehold Improvements | | 68,571 |
| Vehicles | | |
| Less Accumulated Depreciation | (111,946) | (272,410) |
| TOTAL PROPERTY & EQUIPMENT | 658 | 34,381 |
| **OTHER ASSETS** | | |
| Loans to Insiders | | |
| Other Assets (attach schedule) | - | 76,029 |
| TOTAL OTHER ASSETS | - | 76,029 |
| **TOTAL ASSETS** | 771,055 | 1,272,415 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Post-Petition)** | | |
| Accounts Payable | 162,409 | |
| Taxes Payable (refer to ...) | 2,000 | |
| Wages Payable | 3,962 | 33,629 |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | 1,102,292 | |
| Amounts Due to Insiders | 47,500 | |
| Other Postpetition Liabilities (attach schedule) | 265,937 | |
| TOTAL POST-PETITION LIABILITIES | 1,584,101 | 33,629 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | 850,127 | 2,743,197 |
| TOTAL PRE-PETITION LIABILITIES | 850,127 | 2,743,197 |
| | | |
| TOTAL LIABILITIES | 2,434,228 | 2,776,826 |
| **OWNER EQUITY** | | |
| Capital Stock | 163,626 | 163,626 |
| Additional Paid-In Capital | 67,136,012 | 67,119,268 |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | (65,842,359) | (65,842,359) |
| Retained Earnings - Postpetition | (679,405) | |
| Adjustments to Owner Equity (attach schedule) | (2,441,048) | (2,944,946) |
| Post-Petition Contributions (Distributions) (Draws) (attach schedule) | | |
| Net Owner Equity | (1,663,174) | (1,504,411) |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 771,055 | 1,272,415 |

Insider is defined in 11 U.S.C. Section 101(31)

MOR-4  
9/04

Ezenia! Inc.  
Debtor

Case No. 11-13664-JMD  
Reporting Period Apr-15

### BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Current Assets** | | |
| Prepaid Expenses | 3,115 | 18,253 |
| Prepaid Insurance | 12,381 | 30,248 |
| Prepaid Rent | | 8,167 |
| Prepaid Maintenance | | 11,443 |
| Prepaid Licenses from Microsoft (net of reserve) | 122,433 | 653,620 |
| Prepaid Licenses from Oracle | 1,790 | 17,556 |
| Vendor Refund Receivables | | |
| Security Deposits | 8,690 | 29,409 |
| Total Other Current Assets | 148,409 | 768,695 |
| **Other Assets** | | |
| Capitalized Software Development Costs | 130,194 | 130,194 |
| Less: Accumulated Amortization | (130,194) | (54,165) |
| Total Other Assets | - | 76,029 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Postpetition Liabilities** | | |
| Accrued Expenses | | |
| Deferred Revenue | 265,937 | |
| Total Postpetition Liabilities | 265,937 | |
| **Adjustments to Owner Equity** | | |
| Retained Earnings | 503,898 | |
| Treasury Stock | (2,944,946) | |
| Total Adjustments to Owner Equity | (2,441,048) | (2,441,048) |

### Postpetition Contributions (Distributions) (Draws)

Restricted Cash: cash that is restricted for a specific use and not available to fund operations.  
Typically, restricted cash is segregated into a separate account, such as an escrow account.  
The Prepaid Licenses from Microsoft is a net amount which consists of $1,044,429.51 in Placeware licenses, less a newly adjusted reserve of $913,620  
Deferred Revenue is unearned software license revenue on software licenses entered into after the petition date.  
An adjustment to Retained Earnings was made to a prior period.  An analysis of the Prepaid License Reserve

MOR-4  
9/04

Ezenia! Inc.  
Debtor

Case No.     11-13664-JMD  
Reporting Period     Apr-15

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 and all applicable state and local forms and/or all federal, state, and local payment receipts to verify payment of taxes. Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Income Tax Withholding | 0 | 4,431.19 | 4,431.19 | 4/30/2015 | EFT | 0 |
| FICA-Employee | 0 | 2,522.99 | 2,522.99 | 4/30/2015 | EFT | 0 |
| FICA-Employer | 0 | 2,522.99 | 2,522.99 | 4/30/2015 | EFT | 0 |
| Unemployment | 0 | - | - | | EFT | 0 |
| Income | 0 | | | | | 0 |
| Other: | 0 | | | | | 0 |
| Total Federal Taxes | 0 | 9,477.17 | 9,477.17 | | | 0 |
| **State and Local** | | | | | | |
| Income Tax Withholding | 0 | | | | | 0 |
| Sales | 0 | | | | | 0 |
| Excise | 0 | | | | | 0 |
| Unemployment | 0 | 447.97 | 447.97 | 4/30/2015 | EFT | 0 |
| Income - NH &WA | 0 | | | | | 0 |
| DE Tax - Annual Report & Franchise | 0 | | | | | 0 |
| Other: Annual Reports - NH & WA | 0 | | | | | 0 |
| Total State and Local | 0 | 447.97 | 447.97 | | | 0 |
| **Withholding for Employee Healthcare** | 0 | | | | | |
| **Premiums, Pensions & Other Benefits** | 0 | | | | | |
| **Total Taxes** | 0 | 9,925.14 | 9,925.14 | | | |

### SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payables

|  | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 162,409 | | | | | 162,409 |
| Wages Payable | 3,962 | | | | | 3,962 |
| Taxes Payable | 2,000 | | | | | 2,000 |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | 27,000 | - | 5,726 | 11,995 | 1,057,571 | 1,102,292 |
| Amounts Due to Insiders* | | - | | | 47,500 | 47,500 |
| Other: Accrued | 265,937 | | | | | 265,937 |
| Other: | | | | | | |
| **Total Postpetition Debts** | 461,308 | - | 5,726 | 11,995 | 1,105,071 | 1,584,101 |

Explain how and when the Debtor intends to pay any past-due post-petition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

MOR-5  
9/04

| Ezenia! Inc. | Case No. | 11-13664-JMD |
| Debtor | Reporting Period | Apr-15 |

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| ACCOUNTS RECEIVABLE RECONCILIATION | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | - |
| + Amounts billed during the period | - |
| - Amounts collected during the period | - |
| Total Accounts Receivable at the end of the reporting period | - |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | - |
| 31 - 60 days old | - |
| 61 - 90 days old | - |
| 91+ days old | - |
| Total Accounts Receivable | - |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | - |

MOR-6

| Ezenia! Inc. | Case No. | 11-13664-JMD |
|---|---|---|
| Debtor | Reporting Period | Apr-15 |

**Citizens Checking Account**

**Other Disbursements Detail**

| | |
|---|---:|
| Employee Benefit Plans | 5,049.24 |
| Rent | 2,660.86 |
| Utilities | 563.71 |
| Telephone & telecommunications | 689.12 |
| Travel Reimbursement | 8,791.27 |
| Consultants (Finance) | 1,170.00 |
| Hosting & IT related | 300.00 |
| Director fees | 4,000.00 |
| Office Supplies | 79.65 |
| Oracle License Fee | 416.17 |
| Insurance | 3,085.84 |
| Postage/Shipping | 17.64 |
| Marketing Expense | 143.64 |
| Network/MIS Expenses | 46.30 |
| Bank and Credit Card Fees | 85.43 |
| Total Other Disbursements | 27,098.87 |

**Other Receipts Detail**

| | |
|---|---:|
| Repayment of Employee Receivable (net) | 14.20 |
| | - |
| Total Other Receipts | 14.20 |



**Citizens Bank**

ROP-450
PO Box 7000
Providence RI 02940



**1-800-862-6200**
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

**Commercial Account Statement**

 OF 5

Beginning April 01, 2015
through April 30, 2015

EZENIA INC
OPERATING ACCOUNT
401 MAIN ST STE 205
SALEM NH 03079-2463

## Commercial Checking

US759 21 1

EZENIA INC
OPERATING ACCOUNT
**Business Checking**

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 88,663.97 |
| Checks | 39,815.44 - |
| Debits | 46,585.15 - |
| Deposits & Credits | 90,101.20 + |
| **Current Balance** | 92,364.58 = |

Your next statement period will end on May 29, 2015.

Previous Balance
88,663.97

### TRANSACTION DETAILS

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 43526 | 1,000.00 | 04/03 | 43557 | 331.20 | 04/08 |
| 43539* | 20.60 | 04/01 | 43558 | 563.71 | 04/14 |
| 43543* | 1,860.86 | 04/03 | 43559 | 40.28 | 04/14 |
| 43545* | 1,000.00 | 04/14 | 43560 | 74.52 | 04/15 |
| 43547* | 1,000.00 | 04/09 | 43561 | 540.00 | 04/16 |
| 43549* | 1,000.00 | 04/03 | 43562 | 300.00 | 04/24 |
| 43552* | 570.00 | 04/16 | 43563 | 4,875.00 | 04/29 |
| 43553 | 7,500.00 | 04/03 | 43564 | 350.90 | 04/28 |
| 43554 | 15,000.00 | 04/06 | 43565 | 508.25 | 04/27 |
| 43555 | 214.68 | 04/13 | 43566 | 2,917.36 | 04/27 |
| 43556 | 148.08 | 04/14 | | | |

Total Checks
− 39,815.44

**Debits**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 04/01 | 379.10 | 4444 Dbt Purchase - 268245 Alaska Air 027216seattle WA |
| 04/01 | 1,041.20 | 4444 Dbt Purchase - 208245 Alaska Air 027216seattle WA |
| 04/01 | 457.10 | 4444 Dbt Purchase - 278245 Alaska Air 027216seattle WA |
| 04/01 | 87.00 | 4444 Dbt Purchase - 220002 United 016292800-932-27 32 TX |
| 04/01 | 42.99 | 5953 POS Debit - 037648 Staples, Inc Salem NH |
| 04/02 | 304.10 | 4444 Dbt Purchase - 230003 United 016758800-932-27 32 TX |
| 04/03 | 225.69 | 4444 Dbt Purchase - 004615 The Brooklyn Seattle WA |
| 04/03 | 46.30 | 4444 Dbt Purchase - 240002 Amazon Web Serviceaws.Amazo .Cowa |
| 04/06 | 8.00 | 4444 Dbt Purchase - 000100 Wsferries-Colman Dseattle WA |
| 04/10 | 27.80 | 4444 Dbt Purchase - 000100 Wsferries-Bremer WA |
| 04/10 | 529.00 | 4444 Dbt Purchase - 210001 Southwes 526249800-435-97 92 TX |
| 04/13 | 539.73 | 4444 Dbt Purchase - Mdbacq Hertz Rent-A-Car Baltimore MD |
| 04/13 | 385.77 | 4444 Dbt Purchase - 220040 Courtyard By Marriannapolis Junmd |
| 04/13 | 370.02 | 4444 Dbt Purchase - 200040 Courtyard By Marriannapolis Junmd |
| 04/13 | 6.54 | 4444 Dbt Purchase - 616687 Olympic News Bowie MD |
| 04/16 | 17.64 | 5953 Dbt Purchase - 099 Usps 3273009552560sal NH |
| 04/20 | 36.35 | 5953 Dbt Purchase - 283586 Freedom Voice Syst800-477-14 77 C |

Member FDIC  Equal Housing Lender



**Citizens Bank**

**1-800-862-6200**
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**Commercial Account Statement**

 2 OF 5

Beginning April 01, 2015 through April 30, 2015

*Commercial Checking continued from previous page*

EZENIA INC
OPERATING ACCOUNT
**Business Checking**

### ATM/Purchases (continued)

| Date | Amount | Description |
|---|---|---|
| 04/20 | 36.66 | 5953 POS Debit - 089227 Market Basket 6 Salem NH |
| 04/22 | 60.58 | 5953 Dbt Purchase - 709011 Aflac Columbus 706-323343 1 GA |
| 04/27 | 25.07 | 4444 Dbt Purchase - 209801 Roosters Bainbridge Iswa |
| 04/27 | 5.67 | 4444 Dbt Purchase - 269801 Roosters Bainbridge Iswa |
| 04/27 | 65.98 | 4444 Dbt Purchase - 158270 Cafe Nola - Bainbrbainbridge Iswa |
| 04/27 | 267.10 | 4444 Dbt Purchase - 270006 United 016761800-932-27 32 TX |
| 04/27 | 109.00 | 4444 Dbt Purchase - 220009 United 016292800-932-27 32 TX |
| 04/28 | 544.10 | 4444 Dbt Purchase - 278245 Alaska Air 027216seattle WA |
| 04/28 | 544.10 | 4444 Dbt Purchase - 228245 Alaska Air 027216seattle WA |
| 04/28 | 334.10 | 4444 Dbt Purchase - 238245 Alaska Air 027216seattle WA |
| 04/28 | 220.10 | 4444 Dbt Purchase - 278245 Alaska Air 027216seattle WA |
| 04/28 | 425.10 | 4444 Dbt Purchase - 230009 United 016244800-932-27 32 TX |
| 04/28 | 99.00 | 4444 Dbt Purchase - 230009 United 016292800-932-27 32 TX |
| 04/28 | 75.27 | 4444 Dbt Purchase - 100418 Car Wash Enterp Bainbridge Iswa |
| 04/29 | 325.10 | 4444 Dbt Purchase - 208245 Alaska Air 027216seattle WA |
| 04/29 | 457.10 | 4444 Dbt Purchase - 248245 Alaska Air 027216seattle WA |
| 04/29 | 20.22 | 4444 Dbt Purchase - 240003 Sq *great Americanseatac WA |
| 04/29 | 263.00 | 4444 ATM Cash - Sbr4u1 Seattle Tacoma Airseattle WA |
| 04/29 | 12.50 | 4444 POS Debit - 037603 Njt Nwk-Int Ai Newark NJ |
| 04/29 | 12.50 | 4444 POS Debit - 037603 Njt Nwk-Int Ai Newark NJ |
| 04/29 | 103.00 | 4444 ATM Cash - Ny3721 1120 Avenue Of Thenew York NY |
| 04/29 | 3.00 | Non-Citizens ATM Fee - Sbr4u1 Seattle Tacoma Airseattle WA |
| 04/29 | 3.00 | Non-Citizens ATM Fee - Ny3721 1120 Avenue Of Thenew York NY |
| 04/30 | 160.09 | 4444 Dbt Purchase - 005321 LA Esquina New York NY |

### Other Debits

| Date | Amount | Description |
|---|---|---|
| 04/02 | 27.95 | Bankcard MTOT Disc 150331 422369410106390 |
| 04/02 | 9.00 | Authnet Gateway Billing 150402 37766850 |
| 04/07 | 1,479.94 | Regence Bs WA Auto Debit 150406 000000592536272 |
| 04/14 | 19,985.01 | Advantage Payrol Payroll 041415 003304185 |
| 04/14 | 650.69 | Ascensus Trust Ret Plan 150414 216423 04152015 |
| 04/16 | 168.48 | Labor&industries L&i Elf 150416 00341402-00sl97 |
| 04/16 | 36.48 | Service Charge *Please refer to your Commercial Analysis Statement* |
| 04/28 | 650.69 | Ascensus Trust Ret Plan 150428 216423 04302015 |
| 04/29 | 14,901.24 | Advantage Payrol Payroll 042915 003304185 |

⊖ **Total Debits** 46,585.15

### Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 04/01 | 14.20 | 5953 ATM Deposit - Nh4165 Citizens Salem, Salem NH |
| 04/06 | 50,000.00 | Online Transfer From Checking 3313886304 |
| 04/13 | 87.00 | 4444 Dbt Return - 790009 United 016292800-932-27 32 TX |
| 04/27 | 40,000.00 | Online Transfer From Checking 3313886304 |

⊕ **Total Deposits & Credits** 90,101.20

= **Current Balance** 92,364.58

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/01 | 86,650.18 | 04/10 | 106,300.34 | 04/22 | 80,942.12 |
| 04/02 | 86,309.13 | 04/13 | 104,870.60 | 04/24 | 80,642.12 |
| 04/03 | 74,676.28 | 04/14 | 82,482.83 | 04/27 | 116,743.69 |
| 04/06 | 109,668.28 | 04/15 | 82,408.31 | 04/28 | 113,500.33 |
| 04/07 | 108,188.34 | 04/16 | 81,075.71 | 04/29 | 92,524.67 |
| 04/08 | 107,857.14 | 04/20 | 81,002.70 | 04/30 | 92,364.58 |
| 04/09 | 106,857.14 | | | | |

Member FDIC  Equal Housing Lender

2:10 PM
05/06/15

## Ezenia! Inc.
## Reconciliation Summary
### 11048 · Cash, Citizens Bank Checking, Period Ending 04/30/2015

|  | Apr 30, 15 |
|---|---:|
| **Beginning Balance** | 88,663.97 |
| **Cleared Transactions** | |
|     Checks and Payments - 28 items | -86,313.59 |
|     Deposits and Credits - 3 items | 90,014.20 |
| **Total Cleared Transactions** | 3,700.61 |
| **Cleared Balance** | 92,364.58 |
| **Uncleared Transactions** | |
|     Checks and Payments - 6 items | -1,880.12 |
| **Total Uncleared Transactions** | -1,880.12 |
| **Register Balance as of 04/30/2015** | 90,484.46 |
| **New Transactions** | |
|     Checks and Payments - 10 items | -10,489.59 |
| **Total New Transactions** | -10,489.59 |
| **Ending Balance** | 79,994.87 |

2:10 PM
05/06/15

# Ezenia! Inc.
## Reconciliation Detail
### 11048 · Cash, Citizens Bank Checking, Period Ending 04/30/2015

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 88,663.97 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 28 items** | | | | | | |
| Bill Pmt -Check | 3/1/2015 | 43526 | Paul D. Sonkin | X | -1,000.00 | -1,000.00 |
| Bill Pmt -Check | 3/26/2015 | 43539 | Paetec Integrated S... | X | -20.60 | -1,020.60 |
| Check | 3/27/2015 | 43552 | Alan Browning | X | -570.00 | -1,590.60 |
| Check | 3/31/2015 | 43554 | Bracewell & Giuliani... | X | -15,000.00 | -16,590.60 |
| Check | 3/31/2015 | 43553 | Nixon Peabody | X | -7,500.00 | -24,090.60 |
| Bill Pmt -Check | 4/1/2015 | 43543 | Alliance Mixed Use | X | -1,860.86 | -25,951.46 |
| Bill Pmt -Check | 4/1/2015 | 43545 | Don Jones | X | -1,000.00 | -26,951.46 |
| Bill Pmt -Check | 4/1/2015 | 43549 | Paul D. Sonkin | X | -1,000.00 | -27,951.46 |
| Bill Pmt -Check | 4/1/2015 | 43547 | James Bussone | X | -1,000.00 | -28,951.46 |
| Bill Pmt -Check | 4/7/2015 | 43558 | Liberty Utilities (NH) | X | -563.71 | -29,515.17 |
| Bill Pmt -Check | 4/7/2015 | 43557 | James Bussone | X | -331.20 | -29,846.37 |
| Bill Pmt -Check | 4/7/2015 | 43555 | Comcast (NH) | X | -214.68 | -30,061.05 |
| Bill Pmt -Check | 4/7/2015 | 43556 | Comcast (WA) | X | -148.08 | -30,209.13 |
| Bill Pmt -Check | 4/7/2015 | 43560 | Willard Keith | X | -74.52 | -30,283.65 |
| Bill Pmt -Check | 4/7/2015 | 43559 | Vision Service Plan | X | -40.28 | -30,323.93 |
| Check | 4/10/2015 | 43561 | Alan Browning | X | -540.00 | -30,863.93 |
| Bill Pmt -Check | 4/15/2015 | 43562 | Sequel Design Ass... | X | -300.00 | -31,163.93 |
| Check | 4/22/2015 | 43563 | U.S. Trustee | X | -4,875.00 | -36,038.93 |
| Bill Pmt -Check | 4/22/2015 | 43564 | Sun Life Financial | X | -350.90 | -36,389.83 |
| General Journal | 4/30/2015 | 041501 | | X | -19,985.01 | -56,374.84 |
| General Journal | 4/30/2015 | 041502 | | X | -14,901.24 | -71,276.08 |
| General Journal | 4/30/2015 | 041509 | | X | -5,608.87 | -76,884.95 |
| General Journal | 4/30/2015 | 041509 | | X | -4,665.17 | -81,550.12 |
| General Journal | 4/30/2015 | 041509 | | X | -650.69 | -82,200.81 |
| General Journal | 4/30/2015 | 041509 | | X | -650.69 | -82,851.50 |
| General Journal | 4/30/2015 | 041509 | | X | -36.48 | -82,887.98 |
| Bill Pmt -Check | 5/1/2015 | 43566 | Flatiron Capital | X | -2,917.36 | -85,805.34 |
| Bill Pmt -Check | 5/1/2015 | 43565 | Anthem BlueCross/... | X | -508.25 | -86,313.59 |
| **Total Checks and Payments** | | | | | -86,313.59 | -86,313.59 |
| **Deposits and Credits - 3 items** | | | | | | |
| Transfer | 4/6/2015 | | | X | 50,000.00 | 50,000.00 |
| Transfer | 4/27/2015 | | | X | 40,000.00 | 90,000.00 |
| General Journal | 4/30/2015 | 041509 | | X | 14.20 | 90,014.20 |
| **Total Deposits and Credits** | | | | | 90,014.20 | 90,014.20 |
| **Total Cleared Transactions** | | | | | 3,700.61 | 3,700.61 |
| **Cleared Balance** | | | | | 3,700.61 | 92,364.58 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 4/24/2015 | 43567 | Alan Browning | | -630.00 | -630.00 |
| Check | 4/28/2015 | ACH | Oracle America, Inc | | -416.17 | -1,046.17 |
| Bill Pmt -Check | 4/28/2015 | 43570 | Sun Life Financial | | -350.90 | -1,397.07 |
| Bill Pmt -Check | 4/28/2015 | 43571 | Verizon Wireless (... | | -269.79 | -1,666.86 |
| Bill Pmt -Check | 4/28/2015 | 43569 | Rock Roll | | -193.04 | -1,859.90 |
| Bill Pmt -Check | 4/28/2015 | 43568 | Paetec Integrated S... | | -20.22 | -1,880.12 |
| **Total Checks and Payments** | | | | | -1,880.12 | -1,880.12 |
| **Total Uncleared Transactions** | | | | | -1,880.12 | -1,880.12 |
| **Register Balance as of 04/30/2015** | | | | | 1,820.49 | 90,484.46 |

2:10 PM
05/06/15

# Ezenia! Inc.
## Reconciliation Detail
### 11048 · Cash, Citizens Bank Checking, Period Ending 04/30/2015

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **New Transactions** | | | | | | |
| Checks and Payments - 10 items | | | | | | |
| Bill Pmt -Check | 5/1/2015 | 43572 | Alliance Mixed Use | | -1,860.86 | -1,860.86 |
| Bill Pmt -Check | 5/1/2015 | 43577 | Sam Kidston | | -1,000.00 | -2,860.86 |
| Bill Pmt -Check | 5/1/2015 | 43573 | Don Jones | | -1,000.00 | -3,860.86 |
| Bill Pmt -Check | 5/1/2015 | 43576 | Paul D. Sonkin | | -1,000.00 | -4,860.86 |
| Bill Pmt -Check | 5/1/2015 | 43574 | James Bussone | | -1,000.00 | -5,860.86 |
| Bill Pmt -Check | 5/1/2015 | 43578 | UNUM Life Insuran... | | -957.01 | -6,817.87 |
| Bill Pmt -Check | 5/1/2015 | 43575 | NNM Realty Trust | | -800.00 | -7,617.87 |
| Bill Pmt -Check | 5/1/2015 | 43579 | Vision Service Plan | | -40.28 | -7,658.15 |
| Bill Pmt -Check | 5/6/2015 | 43580 | Garden City Group, ... | | -2,500.00 | -10,158.15 |
| Bill Pmt -Check | 5/6/2015 | 43581 | Liberty Utilities (NH) | | -331.44 | -10,489.59 |
| Total Checks and Payments | | | | | -10,489.59 | -10,489.59 |
| Total New Transactions | | | | | -10,489.59 | -10,489.59 |
| **Ending Balance** | | | | | -8,669.10 | 79,994.87 |

 **Citizens Bank**

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US102 BR472

EZENIA INC
401 MAIN ST STE 205
SALEM NH  03079-2463

**Commercial Account Statement**

**1** OF 1

Beginning April 01, 2015
through April 30, 2015

## Commercial Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 602,933.95 |
| Checks | .00 - |
| Debits | 90,000.00 - |
| Deposits & Credits | .00 + |
| Interest Paid | 68.54 + |
| **Current Balance** | 513,002.49 = |

**Balance**

| | |
|---|---|
| Average Daily Balance | 555,933.95 |

**Interest**

| | |
|---|---|
| Current Interest Rate | .15% |
| Annual Percentage Yield Earned | .15% |
| Number of Days Interest Earned | 30 |
| Interest Earned | 68.54 |
| Interest Paid this Year | 367.71 |

EZENIA INC
**Business Money Market Savings**


You can waive the monthly maintenance fee of $20.00 by maintaining a minimum daily balance in your account of $5,000.
Your minimum daily balance used to qualify this statement period is:  $512,933
Your next statement period will end on May 29, 2015.

**Previous Balance**
602,933.95

### TRANSACTION DETAILS
**Debits**
**Other Debits**

| Date | Amount | Description |
|---|---|---|
| 04/06 | 50,000.00 | Online Transfer To Checking 3309333924 |
| 04/27 | 40,000.00 | Online Transfer To Checking 3309333924 |

⊖ **Total Debits**
90,000.00

**Interest**

| Date | Amount | Description |
|---|---|---|
| 04/30 | 68.54 | Interest |

⊕ **Total Interest Paid**
68.54

⊜ **Current Balance**
513,002.49

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/06 | 552,933.95 | 04/27 | 512,933.95 | 04/30 | 513,002.49 |

Member FDIC  Equal Housing Lender

1:39 PM
05/06/15

# Ezenia! Inc.
## Reconciliation Summary
### 11050 · Cash, Citizens Money Market Acc, Period Ending 04/30/2015

|  | Apr 30, 15 |
|---|---|
| Beginning Balance | 602,933.95 |
| **Cleared Transactions** | |
|     Checks and Payments - 2 items | -90,000.00 |
|     Deposits and Credits - 1 item | 68.54 |
| Total Cleared Transactions | -89,931.46 |
| Cleared Balance | 513,002.49 |
| Register Balance as of 04/30/2015 | 513,002.49 |
| Ending Balance | 513,002.49 |

1:39 PM
05/06/15

# Ezenia! Inc.
## Reconciliation Detail
### 11050 · Cash, Citizens Money Market Acc, Period Ending 04/30/2015

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 602,933.95 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 2 items** | | | | | | |
|   Transfer | 4/6/2015 | | | X | -50,000.00 | -50,000.00 |
|   Transfer | 4/27/2015 | | | X | -40,000.00 | -90,000.00 |
|     Total Checks and Payments | | | | | -90,000.00 | -90,000.00 |
|     **Deposits and Credits - 1 item** | | | | | | |
|   General Journal | 4/30/2015 | 041514 | | X | 68.54 | 68.54 |
|     Total Deposits and Credits | | | | | 68.54 | 68.54 |
|   Total Cleared Transactions | | | | | -89,931.46 | -89,931.46 |
| **Cleared Balance** | | | | | -89,931.46 | 513,002.49 |
| **Register Balance as of 04/30/2015** | | | | | -89,931.46 | 513,002.49 |
| **Ending Balance** | | | | | -89,931.46 | 513,002.49 |